UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-60617-MIDDLEBROOKS

ANTONIO ORTIZ,

      Petitioner,

v.

WARDEN, BROWARD
TRANSITIONAL CENTER,
et al,

      Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 25, 2026. (DE 7). The Report recommends granting Petitioner Antonio Ortiz's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*).

I have conducted a *de novo* review of the Report, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Ortiz's Petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 7) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions as

**MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3 day of April, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record